PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Nakia Melton  Cr.: 20-00301-001
PACTS #: 42412

Name of Sentencing Judicial Officer:	THE HONORABLE J. CURTIS JOYNER
UNITED STATES DISTRICT JUDGE (ED/PA)

Name of Current Judicial Officer:	THE HONORABLE ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE (D/NJ)

Date of Original Sentence: 07/27/2017

Original Offense:	Counts 1-5: Uttering and Possessing Counterfeit Securities, Aiding and Abetting (18 U.S.C. §§ 513(a) and 2)

Original Sentence: 48 months imprisonment, 36 months supervised release

Special Conditions: Restitution - $53,982.24, Special Assessment, Drug Treatment, Mental Health Treatment, Financial Disclosure, No New Debt/Credit

Date of Violation Sentence: 12/03/2021

Violation Offense:	Count 1: Committed another crime Grade B violation

Violation Sentence: 12 months and 1 day imprisonment, 12 months supervised release

Special Conditions: Restitution - $53,982.24, Special Assessment, Drug Testing and Treatment, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release	Date Supervision Commenced: 10/07/2022

## STATUS UPDATE

At the time of the sentence, Ms. Melton was ordered to pay $53,982.24, in monthly installments of no less than $50 per month upon her release from custody. To date, Ms. Melton has paid $ $511.92 towards this obligation.

A 12B request to modify conditions was previously signed by the court on March 28, 2023, and Ms. Melton was placed on the Location Monitoring Program with a curfew for six months to assist in closely monitoring her and to deter her from misconduct after she was arrested in Bridgewater Township for Shoplifting and Possession of Burglary Tools on February 9, 2023. Additionally, a Mental Health Treatment special condition was added to Ms. Melton's supervised release. As previously reported to the court, Ms. Melton suffers from Lupus and high blood pressure which prevent her from obtaining full-time employment. Ms. Melton has an extensive mental health history, with past diagnoses that include Bipolar Disorder, Post Traumatic Stress Disorder (PTSD), depression and anxiety. Ms. Melton is currently in mental health treatment with Dr. Melissa Arce from Somerset Psychological Group, P.C. and is currently taking Wellbutrin.

Prob 12A – page 2
Nakia Melton

Ms. Melton applied for Social Security Disability benefits but is still awaiting a decision on her claim. As a result, she receives public assistance for her housing and food while also receiving financial support from her oldest daughter.  Ms. Melton was also awarded temporary custody of her four grandchildren (ages 5, 3, 1 and 7 months old) until her youngest daughter is released from jail.

Due to these circumstances, it is the position of the probation office that the monthly restitution payments be suspended until further notice.  We will continue to assess her financial condition and inform the Court should her ability to pay change.

> Respectfully submitted,
>
> SUSAN M. SMALLEY, Chief
> U.S. Probation Officer
>
> By:   SANTIAGO A. CORNEJO, JR.
>       U.S. Probation Officer

/ sac

APPROVED:

_____   9/7/2023
STEVEN ALFREY                     Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ The suspension of the Monthly Restitution Payment as Noted Above (as recommended by the Probation Office)

_____
Signature of Judicial Officer

9/8/2023
_____
Date